**Order entered November 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00278-CV

**JULIE E. SCHMADER, Appellant**

**V.**

**MATTHEW M. BUTSCHEK D/B/A ACCENT FINANCIAL SERVICES, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-01100-2012**

## ORDER

We **GRANT** appellee's November 9, 2015 unopposed third motion for an extension of time to file a brief. Appellee shall file a brief by **NOVEMBER 30, 2015**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE